UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| APRIL M. YOUNG, | ) | |
| Plaintiff, | ) | Case No.  2:10-cv-01846-KJD-PAL |
| vs. | ) | **ORDER** |
| ANDREA BOGGS, *et al.*, | ) | **Motions for Waiver of Attendance - #25, 26** |
| Defendants. | ) | |

    This matter is before the Court on Defendants Andrea Boggs' and Weyerhaeuser's Motions for Waiver of Physical Attendance at ENE session (#25, 26), filed August 31, 2011.  Upon review and consideration,

    **IT IS ORDERED** that Defendants Andrea Boggs' and Weyerhaeuser's Motions for Waiver of Physical Attendance at ENE session (#25, 26) are granted.  Andrea Boggs and a representative of Weyerhaeuser are not required to attend the ENE session set for September 14, 2011, but will be available during the ENE session by telephone, if needed.

    DATED this 2nd day of September, 2011.

    _____
GEORGE FOLEY, JR.
United States Magistrate Judge