1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7  APRIL M. YOUNG,                              )
8                          Plaintiff,            )          Case No.  2:10-cv-01846-KJD-PAL
                                                )
9  vs.                                          )          **ORDER**
                                                )
10  ANDREA BOGGS, *et al.*,                      )          **Motions for Waiver of Attendance**
                                                )          **- #25, 26**
11                         Defendants.           )
                                                )
12

13        This matter is before the Court on Defendants Andrea Boggs' and Weyerhaeuser's Motions

14  for Waiver of Physical Attendance at ENE session (#25, 26), filed August 31, 2011.  Upon review

15  and consideration,

16        **IT IS ORDERED** that Defendants Andrea Boggs' and Weyerhaeuser's Motions for Waiver

17  of Physical Attendance at ENE session (#25, 26) are granted.  Andrea Boggs and a representative of

18  Weyerhaeuser are not required to attend the ENE session set for September 14, 2011, but will be

19  available during the ENE session by telephone, if needed.

20        DATED this 2nd day of September, 2011.

21

22                                                _____
                                                  GEORGE FOLEY, JR.
23                                                United States Magistrate Judge

24
25
26
27
28