# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

APRIL M. YOUNG,                                )
                                              )
                              Plaintiff,       )        Case No. 2:10-cv-01846-KJD-PAL
                                              )
vs.                                           )        **ORDER**
                                              )
ANDREA BOGGS, et al.,                         )
                                              )
                              Defendant(s).   )
_____)

Before the court is Defendant Weyerhaeuser's Motion for Waiver of Physical Attendance at Settlement Conference (Dkt. #66).  The court has reviewed the motion and finds that it should be granted.  As such,

**IT IS ORDERED** that  Defendant Weyerhaeuser's Motion for Waiver of Physical Attendance at Settlement Conference (Dkt. #66) is **GRANTED,** and a representative of Weyerhaeuser shall be available telephonically, if necessary, for the duration of the settlement conference to be held on Wednesday, September 12, 2012, at 1:30 p.m.

Dated this 10th day of September, 2012.


                                              _____
                                              Peggy A. Leen
                                              United States Magistrate Judge