# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APRIL M. YOUNG, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01846-KJD-PAL |
| vs. | ) **ORDER** |
| ANDREA BOGGS, et al., | ) |
| Defendant(s). | ) |

Before the court is Defendant Weyerhaeuser's Motion for Waiver of Physical Attendance at Settlement Conference (Dkt. #66). The court has reviewed the motion and finds that it should be granted. As such,

**IT IS ORDERED** that Defendant Weyerhaeuser's Motion for Waiver of Physical Attendance at Settlement Conference (Dkt. #66) is **GRANTED,** and a representative of Weyerhaeuser shall be available telephonically, if necessary, for the duration of the settlement conference to be held on Wednesday, September 12, 2012, at 1:30 p.m.

Dated this 10th day of September, 2012.

Peggy A. Leen
United States Magistrate Judge